# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

830

KA 11-01482

PRESENT: SCUDDER, P.J., SMITH, CENTRA, FAHEY, AND PERADOTTO, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                    MEMORANDUM AND ORDER

JAMAL H., DEFENDANT-APPELLANT.
(APPEAL NO. 1.)

---

TIMOTHY P. DONAHER, PUBLIC DEFENDER, ROCHESTER (DREW R. DUBRIN OF COUNSEL), FOR DEFENDANT-APPELLANT.

SANDRA DOORLEY, DISTRICT ATTORNEY, ROCHESTER (GEOFFREY KAEUPER OF COUNSEL), FOR RESPONDENT.

---

Appeal from an adjudication of the Supreme Court, Monroe County (Francis A. Affronti, J.), rendered May 25, 2011. Defendant was adjudicated a youthful offender upon his plea of guilty of robbery in the first degree.

It is hereby ORDERED that the adjudication so appealed from is unanimously affirmed.

Same Memorandum as in *People v Jamal H.* ([appeal No. 2] ___ AD3d ___ [Sept. 27, 2013]).

Entered:  September 27, 2013                     Frances E. Cafarell
                                                 Clerk of the Court